# CONN'S, INC.
## MEETING OF THE
## BOARD OF DIRECTORS
## DECEMBER 2, 2014
### 8:00 a.m.

### AGENDA

| Item | Action Needed |
|------|---------------|

REDACTED - NOT RELEVANT

CONFIDENTIAL    CONNS_SHE0052558

EXHIBIT G

## Credit – Historical Trend

| | | Fiscal Quarters Ended | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| | 10/31/2011 | 10/31/2012 | 10/31/2013 | 1/31/2014 | 4/30/2014 | 7/31/2014 | 10/31/2014 |
| **Data as of period end:** | | | | | | | |
| Account balances 60+ days past due (1) | $ 47,653 | $ 47,691 | $ 80,505 | $ 94,403 | $ 87,863 | $ 102,063 | $ 125,678 |
| Percent of balances 60+ days past due to total outstanding balance (1) | 7.9% | 7.0% | 8.5% | 8.8% | 8.0% | 8.7% | 10.0% |
| Total account balances re-aged (1) | $ 97,149 | $ 77,837 | $ 102,802 | $ 120,770 | $ 128,329 | $ 142,917 | $ 164,351 |
| Percent of re-aged balances to total outstanding balance | 16.0% | 11.4% | 10.9% | 11.3% | 11.6% | 12.1% | 13.1% |
| Percent of total outstanding balances represented by balances over 36 months from origination (2) | 2.8% | 1.1% | 0.5% | 0.5% | 0.4% | 0.4% | 0.4% |
| Percent of total outstanding balances represented by balances over 48 months from origination (2) | 0.6% | 0.3% | 0.2% | 0.1% | 0.1% | 0.1% | 0.1% |
| Weighted average credit score of outstanding balances | 602 | 603 | 591 | 594 | 591 | 592 | 595 |
| Percent of total outstanding balance represented by no-interest receivables | 11.2% | 23.5% | 33.4% | 35.6% | 37.0% | 36.6% | 34.1% |
| **Data for the period:** | | | | | | | |
| Interest income and fee yield % | 18.0% | 19.2% | 17.8% | 18.2% | 17.6% | 18.2% | 17.2% |
| Average down payment | 4.6% | 2.8% | 3.4% | 3.1% | 4.2% | 3.6% | 3.6% |
| Weighted average origination credit score of sales financed | 619 | 616 | 599 | 605 | 605 | 607 | 608 |
| Payment rate (3) | 5.4% | 5.3% | 5.1% | 4.8% | 5.8% | 5.0% | 4.9% |
| Bad debt charge-offs (net of recoveries) (4) | $ 7,466 | $ 12,866 | $ 16,922 | $ 26,777 | $ 21,192 | $ 28,556 | $ 27,239 |
| Percent of bad debt charge-offs (net of recoveries) to average outstanding balance, annualized (4) | 4.9% | 7.6% | 7.6% | 10.6% | 7.8% | 10.0% | 8.9% |

(1) Accounts that become delinquent after being re-aged are included in both the delinquency and re-aged amounts. Re-aged portfolio data was adjusted to include certain refinanced account balances not previously included.

(2) Includes installment accounts only. Balances included in over 48 month totals are also included in balances over 36 months old totals.

(3) Three month rolling average of gross cash payments as a percentage of gross balances outstanding at the beginning of each month in the period.

(4) On July 31, 2011, we revised our charge-off policy to require an account that is delinquent more than 209 days at month end to be charged-off. The change in policy had the impact of accelerating charge-offs which were charged against previously provided bad debt reserves.



CONFIDENTIAL

CONNS_SHE0052564