Message

**From:** Robin Ishmael [/O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RISHMAEL]
**Sent:** 9/2/2014 1:33:38 PM
**To:** Lou Dipalma [ldipalma@garnetcapital.com]; Andy Carlson [acarlson@garnetcapital.com]
**Subject:** Re: Conns

Conn's doesn't have performance data and the buyer obviously wouldn't share. Should I call Robert to find out what we can share by way of explanation?

Robin Ishmael
Managing Partner
Garnet Capital Advisors
(914) 630-8880
rishmael@garnetcapital.com

Sent from my smart phone

On 02 September 2014 13:17 PM, "Lou Dipalma" <ldipalma@garnetcapital.com> wrote:

Louis DiPalma
914-909-1000 office
914-841-6502 cell

**From:** Faliero, Bryan [mailto:bfaliero@sfg.com]
**Sent:** Tuesday, September 02, 2014 1:04 PM
**To:** Lou Dipalma
**Subject:** Conns

Lou:
Getting some questions here about former buyer of Conns. The question is, did they stop funding because of performance. It is a fair question. Can you get them to share their performance to validate that it was not a performance issue?

Bryan

Bryan Faliero
Director
Sherman Capital Markets
200 Meeting Street, Suite 206
Charleston, SC 29401
843-266-1717 Office
770-403-0742 Cell



EXHIBIT
M

EXHIBIT
73

GARNET-009018                                                                                           CONFIDENTIAL

*President – DBA International*

Confidentiality Notice: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient, but do not wish to receive communications through this medium, please so advise the sender immediately.

GARNET-009019

CONFIDENTIAL