**From:** Robin Ishmael <rishmael@garnetcapital.com>
**Sent:** Monday, November 17, 2014 1:37 PM
**To:** Robert Bell; mike.poppe@conns.com
**Cc:** Lou Dipalma
**Subject:** FW: Conns Stats

See below - from Sherman to be discussed on the call.

From: Faliero, Bryan [mailto:bfaliero@sfg.com]
Sent: Monday, November 17, 2014 2:26 PM
To: Robin Ishmael
Cc: Faliero, Bryan
Subject: Conns Stats

Stats on Conns efforts:

* Total Accounts – 34,078

* Right Party Contacts – 3,314

* Letters per Account – 1.47

* Call Attempts per Account – 7.73

* Dial-in Disputes to the Resurgent Customer Service Center – 216

* Dial-in Disputes/Right Party Contacts = 6.52%

Typical Charge-Offs dispute rate sub 20bps

Typical Charge-Off sub-prime dispute rate sub 50bps

The Conns portfolio has more than 13 times the dispute rate and to date we have only reached 9.72% of the customers

Other:

EXHIBIT N

POPPE
86
October 5, 2016
Court Reporter:
Stephanie M. Harper, RPR, CSR

1

Confidential

CONNS_SHE0000893

* Chain of title issue on older trade has resulted in our defense of a class action suit

* These are what we call true disputes (Call-ins) and do not count the "complaints" at the agency level

* Many of the "complaints" speak to insurance – either thought it should pay or never thought they bought it (both bad from the perspective of customer not understanding what they are buying)

Bryan

Bryan Faliero

Director

Sherman Capital Markets

200 Meeting Street, Suite 206

Charleston, SC 29401

843-266-1717 Office

770-403-0742 Cell

President – DBA International

Confidentiality Notice: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient, but do not wish to receive communications through this medium, please so advise the sender immediately.

The information transmitted herein is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender immediately (either by replying to this email or by calling 914-909-1000) and promptly delete the material from your computer. No representation or warranty, expressed or implied, is made as to the accuracy or completeness of the information, and nothing contained herein is or shall be relied upon as a

Confidential

CONNS_SHE0000894

promise or representation, whether as to the past, the present or the future. Each recipient should conduct its own analysis and investigation of the information and bear the sole responsibility for determining its usefulness. The information is not an offer to buy or sell any security.

3

onfidential

CONNS_SHE0000895