| | |
|---|---|
| From: | Faliero, Bryan [/O=SHERMAN/OU=CHARLESTON/CN=RECIPIENTS/CN=BFALIERO] |
| Sent: | 11/5/2014 5:16:21 PM |
| To: | Jefferson, Dennis [djefferson@resurgent.com]; Thurmond, Tom [tthurmond@resurgent.com] |
| CC: | Mazzoli, Jon [jmazzoli@sfg.com] |
| Subject: | FW: Sherman and Conns |
| Attachments: | AgencyAcctFeedback.xlsx |

DJ:

Please continue to build the list of trouble accounts – 114 is a lot but I am sure there are many more out there

**From:** Faliero, Bryan
**Sent:** Wednesday, November 05, 2014 5:15 PM
**To:** Robin Ishmael; Louis DiPalma (ldipalma@garnetcapital.com)
**Cc:** Ziegler, Erin; Faliero, Bryan; Mazzoli, Jon
**Subject:** Sherman and Conns

Robin:

We are having issues with Conns which will result in substantial putbacks due to debtor claims under section 6.1(f) (returned merchandise not credited, Conn's warranties not honored, and faulty products, etc.). In addition, there are some broken reps in the agreement that seem like they are likely to lead to substantial problems down the road, whether through indemnification claims or breach of contract claims. We are still learning what we have here, but it seems like we have a problem with sections 8.5 (prior compliance), 8.6 (valid enforeceable accounts), and section 8.7 (accurate data tape). The rate of debtor complaints on these accounts is very high right now.

We are not receiving media as contractually agreed. Given the issues around prior compliance, origination, and returns/balances, this is more important than expected (many debtors claim they were unaware of the insurance). Right now, we do not feel comfortable with the Balances.

Account Issues:

Attached is a quick list of 114 accounts with detail consumer conversations – there are many many more of these out there – we will send additional lists as requested – all have balance claims

Media:




SHERMAN0001073

First Take-Down Bulk – 22,816 Accounts

- No product description 7,115 accounts (31.2%)
- No contracts 399 accounts (1.8%)
- No sales memo receipt 14,759 accounts (64.7%)
- No pay histories 14 accounts (0.1%)
- All Media on 8,056 – 35.3% of accounts

First Flow – 5,204 Accounts

- No product description 1,412 accounts (27.1%)
- No contracts 87 accounts (1.8%)
- No sales memo receipt 1,937 accounts (37.2%)
- No pay histories 3,628 accounts (69.7%)
- All Media on 992 – 19.1% of accounts

This is a pretty urgent matter right now. At a minimum, I do not feel like we can fund any more take downs until this is sorted out. And, if we cannot get it sorted out quickly, I think it is in all three parties interest to unwind these sales with a 100% putback.

Thanks,

Bryan Faliero

Director

Sherman Capital Markets

200 Meeting Street, Suite 206

Charleston, SC 29401

843-266-1717 Office

770-403-0742 Cell

*President – DBA International*

SHERMAN0001075

| Account ID | Consumer Name | Description of Dispute/Complaint/Greivance | Documentation Provided | Agency |
|---|---|---|---|---|
| 7718 | | Disputing Bill as has paid Off | Documentation Requested | Firstsource |
| 3086 | | Returned Merchandise - Balance not Reflective | Documentation Available | Firstsource |
| 3750 | | Disputing Bill as has paid Off | Documentation Requested | Firstsource |
| 4490 | | Insurance would not Pay | Documentation Requested | Firstsource |
| 5552 | | Unsatisfied with Product | Documentation Requested | Firstsource |
| 3838 | | Fraud - Never Opened Account | Documentation Requested | Firstsource |
| 5018 | | Fraud - Never Opened Account | Documentation Requested | Firstsource |
| 4065 | | Unsatisfied with Product | Documentation Requested | Firstsource |
| 3313 | | Unsatisfied with Product | Documentation Requested | Firstsource |
| 5740 | | Disputing Bill as has paid Off | Documentation Requested | Firstsource |
| 7099 | | Fraud - Never Opened Account | Documentation Requested | Firstsource |
| 3378 | | Disputing Bill as has paid Off | Documentation Requested | Firstsource |
| 6662 | | Disputing Bill as has paid Off | Documentation Requested | Firstsource |
| 9339 | | Disputing Bill as has paid Off | Documentation Requested | Firstsource |
| 1244 | | Disputing Bill as has paid Off | Documentation Requested | Firstsource |
| 0541 | | claims TV broke and could not be fixed | Documentation Requested | SIMM |
| 2534 | | Claims balance is higher than it should be | Documentation Requested | SIMM |
| 5097 | | Disputes balance | Documentation Requested | SIMM |
| 5626 | | Paid prior | Documentation Requested | SIMM |
| 1346 | | Paid prior | Documentation Requested | SIMM |
| 3657 | | Paid prior | Documentation Requested | SIMM |
| 9187 | | claims told company to pick up appliances | N/A | VKI |
| 2419 | | upset that has paid $40 several times and bill not going down | N/A | VKI |
| 7137 | | claims paid too much on balance already and not going down | N/A | VKI |
| 4839 | | states had insurance and doesn't owe | email sent to confirm | VKI |
| 7340 | | problem with lawnmower and told client to come get it | N/A | VKI |
| 8879 | | claims client ripped her off on sons PC | N/A | VKI |
| 1080 | | didn't think owed so much | N/A | VKI |
| 5316 | | was confirmed paid prior to placement, DP received | Direct payment received and posted | VKI |
| 5888 | | claims paid off, need confirmation | email sent to confirm | VKI |
| 3513 | | confirmed paid in full, prior to placement | Direct payment received and posted | VKI |
| 2456 | | They returned the merchandise so they do not owe anything anymore | No | Global |
| 9848 | | Conns never provided a detailed list of what was purchased and they paid $400 to make their account current. States the Conns owes them $1,081.87 in overpayments | Yes | Global |
| 8175 | | They were going to return the washing machine for a discount but never received the product back | No | Global |
| 2132 | | The couch was faulty and they told Conns to pick it up but they never came | No | Global |
| 6199 | | They purchased furniture with disability insurance and filled out all the forms correctly, they should not owe | Yes | Global |
| 0152 | | States computer did not work after 2 weeks and they returned it | No | Global |
| 7948 | | They took insurance out so Conns should be dealing with the insurance company | No | Global |
| 4102 | | Broke the tablet and returned it. They were told that they could get a stereo for the same price and would not be responsible for remaining balance | No | Global |
| 2295 | | They wanted Conns to come pick the merchandise up but they never did | No | Global |
| 1097 | | This was covered by insurance | No | Global |
| 0164 | | This should have been written off | No | Global |
| 7580 | | They do not have the merchandise anymore | No | Global |
| 7652 | | The merchandise was stolen and insurance should have covered it | No | Global |
| 0082 | | They paid $500 to Conns but they lost his payment | No | Global |
| 3560 | | The TV is broken and they had insurance which should have paid | No | Global |
| 9221 | | The couches were destroyed and the insurance did not cover it | No | Global |
| 8328 | | They were told that their laptop would be fixed but it never was. They will no pay for services not received | No | Global |

| ID | Note | Status | Code |
|---|---|---|---|
| 516 | Their ex-spouse had the furniture and they passed away | No | Global |
| 206 | upset that account was sold | No | Global |
| 904 | account is written off | No | Global |
| 948 | insurance didn't kick in and cover merchandise | No | Global |
| 832 | Doesn't feel he owes it - told original creditor to pick up their stuff after he could no longer pay | Status: Verbal Dispute | JCC |
| 452 | Claims paids prior / over paid it and Conns sent him a refund | Status: Verbal Dispute | JCC |
| 581 | Claims does not owe / Conns made a mistake / Says they were going to come pick stuff up / HU | Status: Verbal Dispute | JCC |
| 424 | Claims does not know anything about this account and HU | Status: Verbal Dispute | JCC |
| 706 | Claims he is paying another collection agency / Also RTP account because Conns "sold it" | Status: Verbal Dispute | JCC |
| 076 | Says $1617 balance is too high, feels only owens $800 and disputes the rest then HU | Status: Verbal Dispute | JCC |
| 712 | Claims is paying other agency - never called us back to verify anything | Status: Verbal Dispute | JCC |
| 714 | States insurance paud this on 9/14/14 directly to Conns - disputed owing anything | Status: Verbal Dispute | JCC |
| 289 | Stated he never bought a refrigerator (paid on this for 2 years) - RTP and disputed | Status: Verbal Dispute | JCC |
| 695 | DCI and said she does not owe them that much and HU - had to mark as dispute | Status: Verbal Dispute | JCC |
| 434 | Says only owes $1200 and disputes owing the difference and HU | Status: Verbal Dispute | JCC |
| 125 | Identified RP and he said this is not his account and HU | Status: Verbal Dispute | JCC |
| 473 | Says she returned the lapto but Conns still charged her | Status: Verbal Dispute | JCC |
| 121 | Says already paying Conns $96/mo - disputes account being here - mad at Conns | Status: Verbal Dispute | JCC |
| 477 | Says paid off this acciount with Conns already - disputes owing | Status: Verbal Dispute | JCC |
| 128 | DCI, says Conns tried to charge him more than what product worth, he returned 1mo after purchase | Status: Verbal Dispute | JCC |
| 414 | Says account opened fraudulently under his name, sats has attorney but refused name or # and HU | Status: Verbal Dispute | JCC |
| 268 | Says returned TV because couldn't make pmts / filled out (3) forms with Conns, they said it was taken care of | Status: Verbal Dispute | JCC |
| 652 | JCC TTD on 10/27 and D says he talked with Conns on 10/26 and made payment plan / RTP JCC and Disputes | Status: Verbal Dispute | JCC |
| 154 | Looks like D called and left VoiceMail claiming fraud - we marked the account as Dispute | Status: Verbal Dispute | JCC |
| 304 | D claims fraud - never opened the account and HU | Status: Verbal Dispute | JCC |
| 295 | D claims Conns put this under his sons SS# it was supposed to be under his - refused to pay and dispute | Status: Verbal Dispute | JCC |
| 620 | D says does not remember this account - disputes having it | Status: Verbal Dispute | JCC |
| 070 | D claims fraud, someone opened under his name and SS# - mom brought police report to Conns | Status: Verbal Dispute | JCC |
| 676 | D claims fraud - never filled anything out - does not have anything to support this claim | Status: Verbal Dispute | JCC |
| 284 | D claims no knowledge of this account or antyhing about a washing machine | Status: Verbal Dispute | JCC |
| 306 | D says never purchased anything from this creditor | Status: Verbal Dispute | JCC |
| 524 | D reported to Conns they delivered damaged furniture - refused to pay for it | Status: Verbal Dispute | JCC |
| 086 | D says never bought anything from Conns lives in Mississspi, never been in a Conns store | Status: Verbal Dispute | JCC |
| 134 | D claims owes $2600 not $11,000 - Conns didn't delever product, he had to pick it up / will pay $2500 but wants clean CBR | Status: Verbal Dispute | JCC |
| 599 | D claims daughter took this out in her anem so she is not going to pay for it / Disputes owing | Status: Verbal Dispute | JCC |
| 525 | D claims she became unemployed and had some insurance was supposed to pay for this purchase / Dispyutes owing / RTP | Status: Verbal Dispute | JCC |
| 574 | Consumer advises has a lawsuit against Conns |  | FRS |
| 967 | Consumer advises bought apliances for daughter but was never paid back. |  | FRS |
| 801 | Consumer states account was opened with his name by someone else and that person stopped making pmts. |  | FRS |
| 347 | Consumer states account was paid off already, will fax proof. |  | FRS |
| 246 | Consumer advises was told by Conns that if they repoesessed the products would not have to pay |  | FRS |
| 255 | Consumer advises disputes balance. Tried to get explanation and consumer advised that Cons already has explanation and not investing anymore time. |  | FRS |
| 155 | Consumer states this is fraud and will file a police report |  | FRS |
| 685 | Consumer stated had a bad deal with Conns |  | FRS |
| 955 | Consumer advises that person at Conns stated was free |  | FRS |
| 137 | Consumer advises filed police report for fraud |  | FRS |
| 358 | Consumer states that both TV and bed were damaged. States called Conns to pick up and they never showed. |  | FRS |
| 534 | Consumer advises that they paid $3100 to Conns on 09/27/14 |  | FRS |

| ID | Note | Code |
|---|---|---|
| 6340 | Consumer states never got bed or table from store, just chairs. Not paying. | FRS |
| 8801 | Consumer states this is Fraud and ID Theft | FRS |
| 9292 | States that Conns violated his privacy | FRS |
| 0196 | Consumer advises this was for daughter and thought it was only for a vaccuum. | FRS |
| 0206 | Consumer states that they never opened this account | FRS |
| 0491 | Consumer states this must be fraud as name is correct but SSN is not. SSN search pulls different person who is deceased | FRS |
| 1355 | Consumer states did not think needed to make payments | FRS |
| 1808 | Consumer claims fraud and filed police report | FRS |
| 2241 | Consumer advises that couch was broken but happy with TV, wants a separate bill for the TV. | FRS |
| 8241 | Consumer sent in letter of dispute claiming warranty was not honored. | Correspondence sent already, named w/ FRS |
| 9674 | Consumer advises that couch was broken | FRS |
| 0152 | Consumer disputes balance due to returning item | Correspondence sent already, named w/ FRS |
| 0536 | Consumer advises has already paid this when did refinance. Advised will fax the paperwork | FRS |
| 0994 | Consumer advises was on a fixed income and had to pay for funeral expenses. Advised told them to come and get washer and dryer. | FRS |
| 4355 | States can come and pick up merchandise, will not pay. | FRS |
| 2392 | WRONG ITEM DELIVERED CONNS WOULD NOT CORRECTE | UCB |
| 7485 | SAYS HE BROUGHT ACCOUNT CURRENT DOESN'T UNDERSTAND WHY IN COLLECTIONS. | UCB |