| | |
|---|---|
| From: | Robin Ishmael <rishmael@garnetcapital.com> |
| Sent: | Friday, November 07, 2014 3:27 PM |
| To: | 'Robert Bell' |
| Subject: | FW: Sherman and Conns |

They are still working on putting together a list of examples, but the email below explains what is going on.

From: Faliero, Bryan [mailto:bfaliero@sfg.com]
Sent: Friday, November 07, 2014 1:33 PM
To: Robin Ishmael; Lou Dipalma
Cc: Faliero, Bryan; Mazzoli, Jon; Ziegler, Erin
Subject: Sherman and Conns

Robin and Lou:

As I believe you are aware, we have significant experience with sub-prime borrowers. As owner of Credit One Bank a (below prime issuing bank) and heavy purchaser of sub-prime accounts, not just credit cards but across multiple industry verticals including consumer loans, we have a strong understanding of issues that come up with this consumer segment.

However, we are having material issues with the Conns accounts above and beyond what is typical. These issues will result in substantial putbacks due to debtor claims under section 6.1(f) (returned merchandise not credited, Conn's warranties not honored, and faulty products, etc.). In addition, there are some broken reps in the agreement that seem like they are likely to lead to substantial problems down the road, whether through indemnification claims or breach of contract claims. We are still learning what we have here, but it seems like we have a problem with sections 8.5 (prior compliance), 8.6 (valid enforeceable accounts), and section 8.7 (accurate data tape).   The rate of debtor complaints on these accounts is very high right now.

Given the issues around prior compliance, origination, and returns/balances, this is more important than expected (many debtors claim they were unaware of the insurance). Right now, we do not feel comfortable with the Balances.

Account Issues:

1




EXHIBIT Q

EXHIBIT 53

Confidential

CONNS_SHE0000883

In addition to normal debtor complaints – We are experiencing unusually high volumes of customer disputes – claiming account paid prior, balances not reflective of returned merchandise, fraud, faulty merchandise, exchanges for other merchandise with remaining balance waived, etc. We have really only scratched the surface through right party contact but as a percent of our contacts the disputes are through the roof. We can compile a couple of hundred account level examples if needed.

This is a pretty urgent matter right now. We do not feel like we can fund any more take downs.

Additionally, I think it is in all three parties interest to unwind these sales with a 100% putback.

The slow or missing media is an issue too but takes a back seat priority to the Account Issues.

Media Issues:

First Take-Down Bulk – 22,816 Accounts

* No product description 7,115 accounts (31.2%)
* No sales memo receipt 14,759 accounts (64.7%)
* All Media on 8,056 – 35.3% of accounts

First Flow – 5,204 Accounts

* No product description 1,412 accounts (27.1%)
* No sales memo receipt 1,937 accounts (37.2%)
* No pay histories 3,628 accounts (69.7%)
* All Media on 992 – 19.1% of accounts

Please notify Conn's of these issues and lets discuss proper remedy.

Thanks,

Bryan

Confidential                                                                                                                                 CONNS_SHE0000884

Bryan Faliero

Director

Sherman Capital Markets

200 Meeting Street, Suite 206

Charleston, SC 29401

843-266-1717 Office

770-403-0742 Cell

President – DBA International

Confidentiality Notice: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient, but do not wish to receive communications through this medium, please so advise the sender immediately.

The information transmitted herein is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender immediately (either by replying to this email or by calling 914-909-1000) and promptly delete the material from your computer. No representation or warranty, expressed or implied, is made as to the accuracy or completeness of the information, and nothing contained herein is or shall be relied upon as a promise or representation, whether as to the past, the present or the future. Each recipient should conduct its own analysis and investigation of the information and bear the sole responsibility for determining its usefulness. The information is not an offer to buy or sell any security.

Confidential

CONNS_SHE0000885