**From:** Robin Ishmael <rishmael@garnetcapital.com>
**Sent:** Thursday, December 11, 2014 10:39 AM
**To:** 'Poppe Mike'
**Cc:** Bell Robert
**Subject:** RE: Sherman

From Bryan:

> The primary put back reason is 6.1(f) -- "a claim has been made to the Buyer under applicable law, including but not limited to claims under the Fair and Accurate Credit Transactions Act (FACTA);"
>
> We have heard a broad range of claims we feel fit into that, but the two most significant are that the balances are inaccurate (do not reflect returned merchandise, etc.), fraudulent origination (insurance was misrepresented, sale rep misrepresented obligations).
>
> The bigger issue, however, is that there are some breaches of the agreement we feel make the accounts uncollectible. We feel that sections 8.5 (compliance), 8.6 (validity), and 8.7 (accurate data file) have been breached.
>
> The bottom line is that we cannot collect on these accounts. We have pulled them from collections and they are sitting on the shelf right now. We don't know if the problems relate to 10% of the accounts or 100% of the accounts, but we believe there are real problems with a material portion of the accounts, so we cannot collect on any of them. The problems may be solvable in the long run, but we do not have access to the store records needed to do so, and we did not enter into this deal expecting to have so much cost and delay.
>
> The best path forward is for us to unwind this deal and have Conn's collect/remediate from there.

.....

I will also note that he did not include in his email above, but has told me that he is aware of the news report below that includes a statement about the December 9th resignation of your CFO surrounding credit operations that have not been "acceptably accurate". http://www.marketwatch.com/story/conns-finance-chief-steps-down-amid-credit-losses-2014-12-09

---

**From:** Poppe Mike [mailto:mike.poppe@conns.com]
**Sent:** Wednesday, December 10, 2014 8:04 PM
**To:** Robin Ishmael
**Cc:** Bell Robert
**Subject:** Sherman

Robin,

Would you please follow-up with Bryan and ask him for some example accounts or detail explanation supporting their belief that they have the ability under the contract to put the accounts back to us? I am trying to have the conversation internally but do not have a clear understanding of their position as it relates specifically to their rights under the contract.



POPPE
88
October 5, 2016
Court Reporter:
Stephanie M. Harper, RPR, CSR

Confidential

CONNS_SHE0029801

Thanks,

Mike Poppe

The information transmitted herein is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this email in error, please contact the sender immediately (either by replying to this email or by calling 914-909-1000) and promptly delete the material from your computer. No representation or warranty, expressed or implied, is made as to the accuracy or completeness of the information, and nothing contained herein is or shall be relied upon as a promise or representation, whether as to the past, the present or the future. Each recipient should conduct its own analysis and investigation of the information and bear the sole responsibility for determining its usefulness. The information is not an offer to buy or sell any security.

Confidential

CONNS_SHE0029802