| | |
|---|---|
| From: | Robert Bell <robert.bell@conns.com> |
| Sent: | Sunday, November 09, 2014 5:06 PM |
| To: | 'Poppe Mike' |
| Subject: | RE: Sherman |

See the Haggler article?

Robert F. Bell
Vice President and General Counsel
Conn's, Inc.
4055 Technology Forest Blvd., Suite 210
The Woodlands, TX 77381
Phone: 936-230-5890
Fax: 877-303-2445
Robert.Bell@conns.com

**From:** Poppe Mike [mailto:mike.poppe@conns.com]
**Sent:** Sunday, November 09, 2014 4:49 PM
**To:** Bell Robert
**Cc:** Clint Walton
**Subject:** Re: Sherman

Issues listed don't make sense - we would be seeing these problems on the collection floor.

Likely a negotiating tactic - need to push them to validate their concerns quickly.

Thanks,

Mike Poppe


On Nov 7, 2014, at 9:38 PM, Robert Bell <robert.bell@conns.com> wrote:

1. Hopefully will have a list of issues on Monday

2. Don't know what the account document issues are

Their email took Garnet and us by surprise. Won't really have a good feel for the concerns until we see the list and talk to them. Trying to get a call with them for Monday.


Robert F. Bell

Vice President and General Counsel

1

POPPE
**85**

October 5, 2016
Court Reporter:
Stephanie M. Harper, RPR, CSR

EXHIBIT 5

Confidential

CONNS_SHE0026960

Conn's, Inc.
1055 Technology Forest Blvd., Suite 210
The Woodlands, TX 77381
Phone: 936-230-5890

Fax: 877-303-2445

Robert.Bell@conns.com


-----Original Message-----
From: Mike Poppe [mailto:mike.poppe@conns.com]
Sent: Friday, November 07, 2014 8:41 PM
To: Robert Bell; Clint Walton
Cc: Mike Dunn
Subject: Sherman

When will we have the list of accounts?

Any idea why they say they don't have all of the documents?

Thanks,

Mike Poppe

The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.
The information in this email may be confidential and/or privileged. This email may be reviewed only by the intended recipient named above. Any review, use or disclosure of the information contained in this email, or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.

Confidential

CONNS_SHE0026961