UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONN CREDIT I, LP, | ) | |
| | ) | |
| Plaintiff and Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 4:15-cv-3713 |
| | ) | |
| SHERMAN ORIGINATOR III LLC, | ) | |
| | ) | |
| Defendant and Counterclaimant. | ) | |

**DECLARATION OF GREGORY N. HEINEN IN SUPPORT OF DEFENDANT
SHERMAN ORIGINATOR III'S OPPOSITION TO CONN CREDIT I, LP'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

GREGORY N. HEINEN hereby declares as follows:

1. I am an adult resident of the state of Wisconsin and I make this declaration based upon my personal knowledge and in support of Defendant and Counterclaimant Sherman Originator III, LLC's Opposition to Conn Credit I, LP's Motion for Partial Summary Judgment. I am an attorney at Foley & Lardner LLP, and one of the attorneys representing Defendant and Counterclaimant Sherman Originator III, LLC in this action.

2. Attached as **Exhibit A** is a true and correct copy of pages of the deposition of Bryan Faliero, taken November 2, 2016.

3. Attached as **Exhibit B** is a true and correct copy of pages of the deposition of Robert Bell, taken September 15, 2016.

4. Attached as **Exhibit C** is a true and correct copy of pages of the deposition of Robin Ishmael, as Fed. R. Civ. P. 30(b)(6) corporate representative for Garnet Capital Advisors, LLC, taken July 6, 2016.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

AND CORRECT.

Dated:  December 21, 2016

/s/ *Gregory N. Heinen*
Gregory N. Heinen