1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

CONN CREDIT I, LP,                    )
            Plaintiff,                )Case No.
      vs.                             )4:15-CV-03713
SHERMAN ORIGINATOR III                )
LLC,                                  )
            Defendant.                )
--------------------------------------)


VIDEOTAPED DEPOSITION OF

BRYAN FALIERO

New York, New York

Wednesday, November 2, 2016


Reported by:

TAMI H. TAKAHASHI, RPR, CSR

EXHIBIT A

1  you were evaluating the current portfolio for
2  purchase, were you aware of a previous
3  transaction with Conn's?
4      A.   Yes, between Conn's and Sherman.
5  **While I was -- while we were analyzing the**
6  **portfolios in question that came through**
7  **Garnet, I was aware that we had done a**
8  **transaction with Conn's.**
9      Q.   And did that -- was that
10 transaction -- was that portfolio
11 characterized in a similar way to the
12 portfolio that was being considered in April
13 of 2014?
14          MR. WRONSKI:  Object to the form.
15     A.   No.
16 BY MR. MONTGOMERY:
17     Q.   And how was it considered and
18 compared to the one that was being
19 anticipated in April of 2014?
20     A.   How was what compared?
21     Q.   I'm sorry.  That's a poor question.
22          So, how was the 2012 transaction
23 different to the 2014 anticipated transaction
24 when you were evaluating it?
25          MR. WRONSKI:  Form and foundation.

```
1       A.   I was not part of the 2012
2   evaluation.
3   BY MR. MONTGOMERY:
4       Q.   And was the 2012 debt portfolio
5   there comparable to the one that was being
6   anticipated for -- evaluated for purchase in
7   April of 2014?
8            MR. WRONSKI:  Form.
9       A.   I don't know if comparable -- how
10  you mean, but I will tell you that no, they
11  were completely different.
12  BY MR. MONTGOMERY:
13      Q.   And how were they completely
14  different?
15      A.   Two glaring ways is the transaction
16  from 2012 was significantly older in age
17  post-chargeoff and the assets acquired in
18  2012 were originated over a completely
19  different period of time.
20      Q.   What do you mean, "completely
21  different"?
22      A.   Different -- a different age,
23  different years.  They were originated during
24  different years.
25      Q.   What do you mean by that?
```

Faliero, Bryan                                                November 2, 2016

65

```
 1        A.    If you were to apply for a credit
 2   card today and they approved you, you would
 3   be originated now in 2017.  The portfolio in
 4   2012, on average, was originated during a
 5   different time period than the portfolio that
 6   we bid on in April 2014.
 7        Q.    And how was that time of
 8   origination not comparable?
 9             Let me strike that.
10             How was that a meaningful
11   difference?
12             MR. WRONSKI:  Foundation and form.
13        A.    So, the evaluation of portfolio --
14   of a portfolio we had discussed earlier is a
15   function of many different things, including
16   the credit quality.  If accounts are
17   obtained -- are originated under a different
18   period of time, they may be originated
19   differently.
20   BY MR. MONTGOMERY:
21        Q.    May be.  Were you aware that
22   they --
23        A.    I was not part of the 2012
24   evaluation.
25        Q.    So how it was originated you didn't
```