1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

CONN CREDIT I, LP,            )
                              )
        Plaintiff,            )
                              )
vs.                           )  Case No.
                              ) 4:15-CV-03713
SHERMAN ORIGINATOR III,       )
                              )
LLC,                          )
                              )
        Defendant.            )
------------------------------)

30(b)(6) VIDEOTAPED DEPOSITION OF

GARNET CAPITAL ADVISORS, LLC, by

ROBIN ISHMAEL

New York, New York

Wednesday, July 6, 2016

Reported by:

TAMI H. TAKAHASHI, RPR, CSR



EXHIBIT C

1   correct?
2       A.   Correct.
3       Q.   And they did fund those amounts?
4       A.   **They did fund them.**
5       Q.   During this time frame, other than
6   their actions, did Trax actually say to
7   Garnet or Conn that they would be unable to
8   fund amounts that were due?
9       A.   **I don't know if they said it in**
10  **those specific words, but there's an e-mail**
11  **from Bryan Brewer somewhere that lists three**
12  **alternatives to the full funding, one of**
13  **which was seller financing, one of which was**
14  **some other options.**
15           **And so whether or not he stated it**
16  **in those exact words, that e-mail content was**
17  **clearly conveying that message.**
18      Q.   Did they state to Conn or Garnet,
19  whether it be orally or this document, that
20  they were unable to fund?
21      A.   **We'd have to look at the document.**
22      Q.   Are you aware of any such document
23  based on your personal involvement or your
24  preparation for today?
25      A.   **I'm aware of the document I'm**

Ishmael, Robin                                              July 6, 2016

259

1   referring to.  I'm not aware of the words in
2   it unless I look at it again.
3        Q.   Other than that document, are you
4   aware of any documents in which they -- which
5   Trax says to Conn or Garnet that they would
6   be unable to fund amounts that were to become
7   due under the deal with Conn?
8        A.   Probably not in those specific
9   words.
10       Q.   Words to that effect?
11       A.   The whole process of the closing
12  was to that effect.
13       Q.   I'm not talking about actions.
14            Were there words -- I'm not asking
15  you to say the words were exactly as I'm
16  saying them.
17            But did they state that they would
18  be unable to fund amounts that were due or to
19  become due under the deal with Conn during
20  this time frame?
21       A.   I understand that you're asking
22  that.  And I'm telling you that during that
23  process, in addition to their actions, the
24  words that were exchanged with us throughout
25  the course of the closing gave us that clear

Ishmael, Robin                                    July 6, 2016

260

1  impression, so --
2       Q.   I understand that --
3       A.   -- I don't -- I can't tell you
4  about any specific words.
5       Q.   I understand you got that
6  impression, that your -- that, for instance,
7  you said one thing where he presented three
8  options and you inferred, perhaps, that there
9  was some concern about that.
10           Did he -- but as you've described
11 it, I don't understand you to be referring to
12 something where he stated that, "I'm not sure
13 we're going to be able to fund" or "we cannot
14 fund Trax."
15      A.   I don't think he ever discussed
16 those specific words in that way.
17      Q.   Okay.
18      A.   But the whole course of the process
19 gave that distinct message.
20      Q.   So, it was just an impression that
21 Garnet had?
22      A.   Yes, throughout the course of the
23 whole closing process.
24      Q.   Okay.
25      A.   As you can tell from this, we were